IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAMELA NEUWIRTH,
Plaintiff,

v.

Case No. 19–CV–00261–JPG–DGW

COMMISSIONER OF SOCIAL SECURITY,
Defendant.

## **JUDGMENT**

This matter having come before the Court, and the Court having granted Plaintiff Pamela Neuwirth's Motion to Dismiss Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2),

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against **DEFENDANT COMMISSIONER OF SOCIAL SECURITY** are **DISMISSED WITHOUT PREJUDICE**.

**Dated: October 15, 2019**

Margaret M. Robertie, Clerk of Court
s/Tina Gray, Deputy Clerk

Approved by: s/J. Phil Gilbert
United States District Judge